■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC EVERETT, Appellant. [761 NYS2d 568] —Appeal from a judgment of Erie County Court (D'Amico, J.), entered March 28, 2001, convicting defendant upon his plea of guilty of attempted rape in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo,* 91 NY2d 733, 737 [1998]). Present—Green, J.P., Wisner, Scudder, Kehoe and Burns, JJ.